ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
GSC Construction, Inc. ) ASBCA No. 59776
)
Under Contract No. W912HN-10-D-0049 )

APPEARANCE FOR THE APPELLANT: James S. DelSordo, Esq.
Argus Legal, LLC
Manassas, VA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Connie L. Baran, Esq.
Acting District Counsel
Laura J. Arnett, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Savannah

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 May 2016

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59776, Appeal of GSC Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals